```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,** )
                              )
                              ) CR. NO. 1:12-cr-181-MHT
                              )           (WO)
**EDWARD L. FOREHAND,**        )

## ORDER

Based on the representations made on the record on July 17, 2013, it is ORDERED and ADJUDGED that petitioner PeoplesSouth Bank's petition for adjudication of the validity of claim (doc. no. 133 is granted to the extent that its verified statement of claim (doc. No. 133) is deemed to be valid and superior.  PeoplesSouth Bank shall therefore be released to proceed with collection actions that shall include but not be limited to a foreclosure action on the properties listed as:

(A)  1550 Westgate Parkway, Dothan, Alabama, further described as: One lot or parcel of land in the city of Dothan, Houston County, Alabama, as surveyed by Branton Land Surveyors as per plat dated September 30, 1994, and

being more particularly described as follows: Commencing at the SE corner of the SW ¼ of the SW ¼ of Section 3, T3N, R26E and from said point run West along a fence and the South line of said forty a distance of 387.68 feet to an existing iron pipe and the POINT OF BEGINNING; thence continue along said fence and the South line of said forty S87°-29'-51"W a measured distance of 134.40 feet to an existing iron pipe and fence corner; thence N01°-58'-36"W a distance of 258.50 feet to a set iron pipe on the southeasterly R/W of Westgate Parkway (110' R/W); thence S63°-39'-48"W along a curve concave to the left and having a radius of 900.37 feet a chord distance of 92.36 feet to an existing concrete R/W monument; thence continue along said R/W and curve a chord bearing of S57°-03'-20"W a chord distance of 115.12 feet to an existing R/W monument, same being P.C. Station 212+20.27; thence continue along said R/W S53°-23'-28"W a distance of 60.94 feet to an existing R/W monument, same being P.C. Station 111+59.13; thence continue along said R/W a

curve concave to the left having a radius of 900.37 feet a chord bearing of S52°-03'-59"W a distance of 39.47 feet to an existing R/W monument; thence continue along said R/W a curve a chord bearing of S52°-38'-22"W a distance of 1.50 feet to a set iron pipe; thence S46°-44'-00"E a distance of 150.50 feet to an existing iron pipe; thence N44°-41'-30"E a distance of 90.28 feet to an existing iron pipe; thence S46°-40'-56"E a distance of 70.00 feet to an existing iron pipe and the Northerly corner of the Saliba Realty property; thence S46°-31'-09"E along the Northeasterly property line of the Saliba Realty property a distance of 132.66 feet to an existing iron pipe; thence N37°-57'-12"E a distance of 123.98 feet to the POINT OF BEGINNING.  Said land being located in the SW ¼ of the SW ¼ of Section 3, and the NW ¼ of the NW ¼ of Section 10, T3N, R26E and containing 1.16 acres.

(B)  124 Stillwood Road, Dothan, Alabama, further described as: Lot 7, Block A of Stillwood Condominium Subdivision in Houston County, Alabama, as per map or

plat of which is recorded in Plat Book 8, Page 20, in the office of the Judge of Probate of Houston County, Alabama.  Together will all improvements located thereon and Grantor's rights and proportionate share of the public elements.  This lot and unit is conveyed subject to the provisions of the Declaration of Stillwood, a condominium Subdivision dated April 8, 1987, and By-Laws of Stillwood Owners Association dated April 8, 1987, filed for record in the Office of the Judge of Probate of Houston County, Alabama, in Miscellaneous Book 97, Page 141.  This lot and unit is also conveyed subject to the previsions of the Articles of Incorporation of Stillwood Owners Association dated April 6, 1987, filed for record in Corporation Book 40, Page 106, of the aforesaid probate records.

   The government shall execute all relevant documents necessary to memorialize and facilitate the ordered action, including but not limited to a release of the Lis Pendens filing, as it relates to PeoplesSouth Bank.  This

Order is conditioned on the Bank being required to interplead into this Court any actual excess monies derived from the projected foreclosure action. The Court will then make a final decision as to the remaining rights to those interplead funds as they relate to all claiming parties.

DONE, this the 26th day of July, 2013.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE