IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION NO. |
| v. | )    1:12cr181-MHT |
| | )        (WO) |
| EDWARD LINCOLN FOREHAND | ) |

ORDER

It is ORDERED as follows as to the real property located at 124 Stillwood Road, Dothan, Alabama and 1550 Westgate Parkway, Dothan Alabama:

(1) The motion for approval of stipulation for compromise settlement as to the petition of claimant Ann B. Forehand (doc. no. 202) is granted.

(2) The stipulation for compromise settlement as to the petition of claimant Ann B. Forehand (doc. no. 202) is approved.

(3) The verified statement of claim and petition for adjudication filed by claimant Ann B. Forehand (doc. no. 136) are resolved as set forth in the stipulation.

DONE, this the 15th day of November, 2013.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE