IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12cr181-MHT |
| | ) | (WO) |
| EDWARD LINCOLN FOREHAND | ) | |

**FINAL ORDER OF FORFEITURE**

On June 6, 2013, this Court entered a Consent Preliminary Order of Forfeiture (Doc. #111) forfeiting the following property to the United States:

Real Property

    3454 Robeson Road, Sevierville, Tennessee (Sevier County, Large Map Book 3, at page 55; BK/PG: 3313/204-205, No. 09018888).[1]

Substitute Real Property[2]

    124 Stillwood Road, Dothan, Alabama 36303, owned by Elizabeth Ann Forehand, recorded in Book 0518, Page 185, and described as parcel no. 03-09-31-0-000-001-045; Lot 7, Block A Stillwood Subdivision. Tract 0415001027.

    9726 State Highway 85, Bellwood, Alabama, owned by Annie Merle Forehand and described as parcel no. 110101003300300000; Map of Bellwood 1/1 Blk 1 Lots 13, 14, 15, 16 & 17 S1-T2N-R22E.

    3117 Thomas Headrick Road, Sevierville, Tennessee, described as follows:

        Situate in District 6, County of Sevier, State of Tennessee, and being all of Lot 1, Heritage Springs Subdivision, as the same is shown on plat of record in Map Book 32, Page 310 (aka Map Cabinet 17, Page 155-B), in

---

[1] A Decree of Forfeiture was entered in case number 1:11cv1063-MHT, (Doc. #36), a parallel civil forfeiture action styled *U.S. v. One Parcel of Property Located at 3454 Robeson Road, Sevierville, Tennessee.*

[2] The Court entered the Consent Preliminary Order of Forfeiture to forfeit defendant's interest in the substitute properties, pursuant to 21 U.S.C. § 853(p), after the parties stipulated that defendant was unable to satisfy the $2,991,654.00 money judgment.

1

the Register's Office of Sevier County, Tennessee to which reference is made for a more particular description of said property. (assessor's parcel number 134B-B-1.00).

1550 Westgate Parkway, Dothan, Houston County, Alabama**,** owned by Edward L. Forehand and Ann B. Forehand (parcel no. 09-02-03-3-001-019-001).

Process was fully issued in this action and returned according to law and 3rd party petitions filed as follows:

**I.      Service of Process and Notice of Forfeiture**

   **A.   124 Stillwood Road, Dothan, Alabama 36303**

On June 18, 2013, notice of this forfeiture action was served on Atty. Ashton H. Ott; Ann B. Forehand and Jessica Davis, an officer with PeoplesSouth Bank (PeoplesSouth) by a deputy U.S. Marshal. (Docs. #120, 121, 122).

Notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. #132).

   **B.   9726 State Highway 85, Bellwood, Alabama**

Notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. #132).

   **C.   3117 Thomas Headrick Road, Sevierville, Tennessee**

On September 4, 2013, notice of this forfeiture action was served via email on Attorney William C. White, II by the U.S. Marshals Service. (Doc. #166).

On September 20, 2013, notice of this forfeiture action was served via email on Attorney James W. Parkman, III by the U.S. Marshals Service. (Doc. #181).

Notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. #144).

### D. 1550 Westgate Parkway, Dothan, Alabama

On June 18, 2013, notice of this forfeiture action was served on Attorney Ashton H. Ott; Ann B. Forehand and Jessica Davis, an officer with PeoplesSouth Bank (PeoplesSouth) by a deputy U.S. Marshal. (Docs. #117, 118, 119).

On September 4, 2013, notice of this forfeiture action was served via email on Attorney William C. White, II by the U.S. Marshals Service. (Doc. #167).

On September 20, 2013, notice of this forfeiture action was served via email on Attorney James W. Parkman, III by the U.S. Marshals Service. (Doc. #180).

Notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. #144).

## II. Third Party Petitions[3]

### A. 124 Stillwood Road, Dothan, Alabama 36303

#### 1. PeoplesSouth Bank

On July 11, 2013, PeoplesSouth filed a third party petition. (Doc. #133).

---

[3] No third party petitions were filed for real property 9726 State Highway 85, Bellwood, Alabama.

On July 26, 2013, this Court entered an Order deeming PeoplesSouth's claim valid and superior, and ordered collection actions to proceed on the property. PeoplesSouth was ordered to interplead into the Court any excess monies derived from the foreclosure sale. (Doc. #149).

On October 17, 2013, PeoplesSouth filed a Motion to Interplead Funds, stating that the total indebtedness owed under the terms of the Note and Mortgage was $313,428.04. The combined sale of 124 Stillwood Road and 1550 Westgate Parkway totaled $326,500.00, leaving an overage of $13,071.96. (Doc. #189). PeoplesSouth's total indebtedness has been satisfied.

On November 1, 2013, this Court entered an order discharging PeoplesSouth from all liability relating to this action and terminating PeoplesSouth as a party. (Doc. #198).

### 2. Ann B. Forehand

On July 18, 2013, Ann B. Forehand filed a third party petition. (Doc. #136).

On November 13, 2013, the United States filed a Motion for Approval of Stipulation for Compromise Settlement as to Third Party Petition of Ann B. Forehand (Doc. #202); this Court approved the motion on November 15, 2013. (Doc. # 203).

### B.  3117 Thomas Headrick Road, Sevierville, Tennessee

### 1. Parkman & White, LLC

On August 2, 2013, Parkman & White, LLC filed a third party petition. (Doc. #156, parcel one, pp. 3-4).

On November 13, 2013, the United States filed a Motion for Approval of Stipulation for Compromise Settlement as to Third Party Petition of Parkman & White, LLC (Doc. #201); this Court approved the settlement on November 15, 2013. (Doc. #205).

### C.  1550 Westgate Parkway, Dothan, Alabama

#### 1. PeoplesSouth Bank

On July 11, 2013, PeoplesSouth Bank filed a third party petition. (Doc. #133). PeoplesSouth Bank's third party petition is resolved. See paragraph II-A-1 above.

#### 2. Ann B. Forehand

On July 18, 2013, Ann B. Forehand filed a third party petition. (Doc.#136).   Ann B. Forehand's third party petition is resolved. See paragraph II-A-2 above.

#### 3. Parkman & White, LLC

On August 2, 2013, Parkman & White, LLC filed a third party petition.  (Doc. #156, pp. 1-2).  On November 13, 2013, Parkman & White, LLC filed a motion to withdraw its third party petition. (Doc. #200).  On November 15, 2013, this Court granted the motion. (Doc. #204).

All petitions of interest have been resolved and settlement reached with the filing parties.

The Court finds that defendant Edward Lincoln Forehand has an interest in the properties that is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1)(C) and 28 U.S.C. § 2461(c).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Government's Motion for a Final Order of Forfeiture (Doc. # 206) is granted and the following property is hereby forfeited to the United States to be disposed of according to law:

> **Defendant Edward Lincoln Forehand's interest in 9726 State Highway 85, Bellwood, Alabama,** owned by Annie Merle Forehand and described as parcel no. 110101003300300000; Map of Bellwood 1/1 Blk 1 Lots 13, 14, 15, 16 & 17 S1-T2N-R22E.

**$13,071.96 Proceeds Interplead from the Foreclosure of 124 Stillwood Road and 1550 Westgate Parkway, Dothan, Alabama**

The United States Clerk's Office is ordered to release $3,500.00 in settlement of Ann Forehand's third party petition, to her attorneys of record, Ashton H. Ott and Ernest H. Hornsby. The balance of $9,571.96 will be released to the United States c/o of the U.S. Marshals Service for deposit into the Assets Forfeiture Fund.

**Excess Proceeds from the Sale of 3117 Thomas Headrick Road, Sevierville, Tennessee**

Petitioners will pay to the United States any excess proceeds above $160,000 from the sale of the real property. The funds will be forwarded to the U.S. Marshals Service for deposit into the Assets Forfeiture Fund to be disposed of according to law.

The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

The Clerk of the Court shall forward a certified copy of this Final Order of Forfeiture to the United States Attorney's Office.

SO ORDERED this the 2nd day of December, 2013.

                                                  /s/   Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE