IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )          1:12cr181-MHT
                              )              (WO)
EDWARD LINCOLN FOREHAND       )
```

ORDER

Upon consideration of the probation officer's motion for early termination of defendant Edward Lincoln Forehand's supervised release, the included report describing Forehand's successful compliance with all terms of his supervised release for nearly four years, as well as his repeated hospitalizations and documented health issues, and the probation officer's representation that the government does not oppose the motion, it is ORDERED that:

(1) The motion for early termination of supervised release (Doc. 248) is granted.

(2) Defendant Edward Lincoln Forehand's supervised release is terminated effective immediately, and he is discharged.

DONE, this the 29th day of April, 2024.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE